**No. 47055.**—Protests 62909–K, etc., of Talens & Son, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the containers in question are the same in all material respects as those the subject of Abstract 46411 the claim at 22½ percent under paragraph 397 and T. D. 49753 was sustained.

**No. 47056.**—Protests 49214–K, etc., of Herman A. Holz (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise in question consists of hardness-testing machines similar in all material respects to the merchandise involved in *United States* v. *American Machine & Metals* (29 C. C. P. A. 137, C. A. D. 183). In accordance therewith the claim at 20 percent was sustained under paragraph 353 or 372 as modified by the said trade agreement.